PS 8
(12/04)

# UNITED STATES DISTRICT COURT
## for the
## District of New Jersey

U.S.A. vs. **Thomas Adedeji**                    Docket No. **06-438**

### Petition for Action on Conditions of Pretrial Release

COMES NOW **William Sobchik**, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant **Thomas Adedeji**, who was placed under pretrial release supervision by the **Honorable Joseph A. Greenaway, Jr** sitting in the Court at 2 Federal Square Newark, NJ, on May 11, 2006, under the following conditions:

1. Supervision by Pretrial Services
2. Twenty four hour house arrest with electronic monitoring with exceptions for Court, attorney visits, medical needs and religious observance
3. Defendant's mother to serve as third party custodian
4. Drug testing and treatment
5. No computer/internet use
6. Travel restricted to New Jersey
7. Surrender passport

Respectfully presenting petition for action of Court and for cause as follows:

**[SEE ATTACHED ADDENDUM]**

PRAYING THAT THE COURT WILL ORDER: A warrant is issued for the defendant's arrest.

ORDER OF COURT

Considered and ordered this 8th day of January, 2007 and ordered filed and made a part of the records in the above case.

Honorable Joseph A. Greenaway, Jr
U.S. District Judge

FAITH S. HOCHBERG
USDJ

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 8, 2007

Kenneth Rowan
U.S. Pretrial Services Officer

PS 10
(8/88)

# United States District Court
# for the
# District of New Jersey

U.S.A. vs Thomas Adedeji                                    Docket No. 06-438

TO: [1]Any United States Marshal or any agent of the FBI

| WARRANT FOR ARREST OF DEFENDANT | | | |
|---|---|---|---|
| You are hereby commanded to arrest the within-named defendant and bring him or her, forthwith before the United States District Court to answer charges that he or she violated the conditions of his or her pretrial release imposed by the Court. | | | |
| NAME OF DEFENDANT<br>Thomas Adedeji | SEX<br>M | RACE<br>B | AGE<br>26 |
| ADDRESS(STREET, CITY, STATE)<br>181 Lincoln Place, Irvington, New Jersey 07111 | | | |
| TO BE BROUGHT BEFORE (NAME OF COURT, CITY, STATES)<br>The Honorable Joseph A. Greenaway, Jr, Newark, New Jersey | | | |
| CLERK<br>WILLIAM T. WALSH | (BY) DEPUTY CLERK | | DATE<br>1/8/07 |

| RETURN | | |
|---|---|---|
| WARRANT RECEIVED AND EXECUTED | DATE RECEIVED | DATE EXECUTED |
| EXECUTING AGENCY (NAME AND ADDRESS) | | |
| NAME | (BY) | DATE |

---

[1]Insert designation of officer to whom the warrant is issued, e.g., "any United States Marshal or any other authorized officer;" or "United States Marshal for the <district name>;" or "any United States Marshal; or "Any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."